1  PHILIP M. MILLER (SBN 87877)
   ANNE M. BEVINGTON (SBN 111320)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
5  pmiller@sjlawcorp.com
   abevington@sjlcorp.com
6
7  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 (SAN FRANCISCO DIVISION)

11

12 | BOARD OF TRUSTEES OF THE            | Case No.: C 10-01409 VRW
   | AUTOMOTIVE INDUSTRIES WELFARE       |
13 | FUND, et al.,                       |
   |                                     | **NOTICE OF VOLUNTARY DISMISSAL
14 |            Plaintiffs,              | WITHOUT PREJUDICE;
   |                                     | ORDER THEREON**
15 | v.                                  |
16 | MARK FIEL, individually and doing business
   | as DELTA FORKLIFT SERVICE,
17 |
   |            Defendant.
18

19

20     TO THE COURT AND TO ALL INTERESTED PARTIES HEREIN:

21     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, Plaintiffs

22 Board of Trustees of the Automotive Industries Welfare Fund, Automotive Industries Pension

23 Fund and Jim Beno, Trustee, hereby dismiss without prejudice the above-entitled action against

24 Defendant Mark Fiel, individually and doing business as Delta Forklift Service.
25
26 ///
27 ///
28 ///

1  The Clerk's Default was entered in this matter on July 19, 2010 (Docket No. 8), and on
2  July 27, 2010, the Court terminated all deadlines, vacating the August 5, 2010 Case Management
3  Conference and ADR Scheduling Order.
4
5
6  Dated: December 30, 2010                              /S/
                                                 SALTZMAN & JOHNSON LAW CORPORATION
7                                                By:  Anne M. Bevington
                                                 Attorneys for Plaintiffs
8
9
10 IT IS SO ORDERED.
11 Dated:  1/5/2011
12
13                                               HONORABLE VAUGHN R. WALKER
14                                               UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the City and County of San Francisco, California; I am over the age of eighteen (18) years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On December 30, 2010, I served the following document:

NOTICE OF VOLUNTARY DISMISSAL<br>
WITHOUT PREJUDICE;<br>
ORDER THEREON

on the interested party(ies) in this action:

Mark Fiel
Delta Forklift Services
10 Rangewood Court
Pittsburg, CA   94565

by placing a true copy thereof enclosed in a sealed envelope addressed as above, with first-class postage thereon fully prepaid, for mailing at San Francisco, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of December, 2010, at San Francisco, California.

_____/S/_____
Julie Jellen